IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN WALKER LOVETTE, | ) | 4:14CV3056 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, | ) | |
| Nebraska Dept. of Corr. Serv., and | ) | |
| BRIAN GAGE, Warden Tecumseh | ) | |
| State Corr. Inst., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On April 15, 2014, the court entered an order directing Petitioner to pay the $5.00 filing fee in this matter. (Filing No. 7.) However, this order was entered in error, as Petitioner paid the filing fee on April 14, 2014.

IT IS THEREFORE ORDERED that: The clerk's office is directed to strike from the Docket Sheet the court's Memorandum and Order dated April 15, 2014 (Filing No. 7). Petitioner may disregard the court's order dated April 15, 2014, directing him to pay the filing fee.

DATED this 21st day of April, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.