IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARVIN WALKER LOVETTE, | ) | 4:14CV3056 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN GAGE, Warden Tecumseh | ) | |
| State Corr. Inst., and MICHAEL L. | ) | |
| KENNEY, | ) | |
| | ) | |
| Respondents. | ) | |

   This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 24). Plaintiff filed a Notice of Appeal (Filing No. 23) on March 12, 2015. Plaintiff appeals from the court's Judgment dated February 10, 2015. (Filing No. 22). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

   IT IS ORDERED that: Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 24) is granted to the extent the relief he seeks is consistent with the relief provided for in this order. The clerk's office is directed to deliver a copy of this order to the Eighth Circuit Court of Appeals.

   DATED this 13th day of March, 2015.

                                BY THE COURT:


                                s/ Joseph F. Bataillon
                                Senior United States District Judge

---

   *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.